Opinion filed July 11, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00046-CV

_____

## IN THE MATTER OF C.Z., A JUVENILE

**On Appeal from the 323rd District Court**

**Tarrant County, Texas**

**Trial Court Cause No. 323-97539J-12**

### MEMORANDUM OPINION

C.Z., a juvenile, appeals the trial court's judgment of delinquency and order of commitment. In the order of commitment, the trial court committed C.Z. to the Texas Juvenile Justice Department for an indeterminate amount of time not to exceed his nineteenth birthday. We dismiss the appeal.

C.Z.'s court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that the

appeal is frivolous. In this regard, the Texas Supreme Court has previously determined that the procedures set out in *Anders v. California*, 386 U.S. 738 (1967), are applicable to juvenile proceedings. *See In re D.A.S.*, 973 S.W.2d 296, 299 (Tex. 1998).

Counsel has provided C.Z. with a copy of the brief and advised him of his right to review the record and file a response to counsel's brief. A response has not been filed.[1] Court-appointed counsel has complied with the requirements of *Anders. See In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.). Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit and should be dismissed. *Schulman*, 252 S.W.3d at 409.

We direct counsel to advise C.Z. that he may file a petition for review with the clerk of the Texas Supreme Court seeking review by that court. Likewise, this court advises C.Z. that he may file a petition for review pursuant to TEX. R. APP. P. 53.

The motion to withdraw is granted, and the appeal is dismissed.

PER CURIAM

July 11, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

---

[1]By letter, this court granted C.Z. thirty days in which to exercise his right to file a response to counsel's brief.